**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

UNITED STATES OF AMERICA

    VS                                                      CASE NO.  3:97cr76LAC

VERNAL MALCOLM

### REFERRAL AND ORDER

Referred to Judge Lacey Collier on   December 4, 2008
Motion/Pleadings:  MOTION FOR REDUCTION OF SENTENCE PURSUANT TO TITLE 18 U.S.C. § 3582(c)(2)
Filed by  DEFENDANT PRO SE       on   11/24/08      Doc.#   149

RESPONSES:

                                          on          Doc.#
                                          on          Doc.#

_____ Stipulated     _____ Joint Pldg.
_____ Unopposed   _____ Consented

                                      WILLIAM M. McCOOL, CLERK OF COURT

                                      *s/Mary Maloy*
LC (1 OR 2)                       Deputy Clerk: Mary Maloy

## ORDER

*Upon consideration of the foregoing, it is ORDERED this 22nd day of December, 2008, that:*

*(a) The relief requested is* **DENIED.**

*(b) Motion previously denied.  See Doc 123.*

                                                  *s/L.A. Collier*
                                                  *LACEY A. COLLIER*
                                       *Senior United States District Judge*

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____

Document No.